Sample 1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

**FILED**

SEP 25 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIS. OKLA.
BY_____,DEPUTY

Lemond Demetric Hooper
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

see attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CIV-23-848-G
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Demetric Lemond Hooper
   Street Address: 1725 SE 59th St
   City and County: Oklahoma City, Oklahoma
   State and Zip Code: Oklahoma 73129
   Telephone Number: 210-769-3644
   E-mail Address: misterviolated@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Tiana Bo Lorissa Robinson Hogue
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

# Defendants

1. Oklahoma City Police Department 700 Colcord Dr. OKC, OK 73102 phone 405-297-1000
   A. officers who I had direct contact with via in person or report
      1. Sgt Long
      2. officer Amezquita  comm: 2294
   • more specific officers to be added when the names become available

2. BioLife Plasma Services
   4275 NW 63rd St
   OKC, OK 73116
   405-254-1912

3. Walmart
   702 SW 8th St
   Bentonville, AR 72716
   479-273-4000

4. Embark
   2000 S May Ave
   OKC, OK 73108
   405-297-1331

5. YouTube
   Google LLC, D/B/A YouTube
   901 Cherry Ave
   San Bruno, CA 94066
   fax # 650-253-0001

6. Meta Platforms inc
   1601 Willow Rd
   Menlo Park, CA
   94025-1452
   650-543-4800

7. Tiana Robinson-Hogue of Mobile, AL and Lake Alfred, FL. Her information can be located on my child support file and Brittany Robinson file

8. McDonald's
   1004 W Sheridan Ave
   OKC, OK 73106
   405-235-1400

9. State of Oklahoma Oklahoma County District Attorney's office
   320 Robert S Curr Room 505
   OKC, OK 73102
   405-278-1600

10. Office of the attorney general
    313 NE 21st St
    OKC, OK 73105

11. Oklahoma City FBI office
    3301 West Memorial Rd
    OKC, OK 73134   405-290-7770
    A hacker is preventing me from locating the address and phone for the actual office that I contacted that hacker is Tiana Robinson Hogue

Defendants page 2

12. face book
    1601 willow Rd
    Menlo Park, CA 94025
    650-308-7300

13. Google
    1600 Amphitheatre Parkway
    Mountain View, CA 94043
    650 253-000

14. Hulu    Santa Montica
    2500 Broadway 2nd floor
    United States

15. Netflix   866-716-0414
    100 Winchester Circle
    Los Gatos, CA 95030

16. X videos
    4532 Saratoga Ave
    Downers Grove, Illinois
    60515, United States
    773-615-5060

17. T-Mobile   425-378-4040
    12920 Se 38th St
    Bellevue, WA 98006

18. Assurance Wireless         10 Independence Blvd #200
    PO Box 5040             —   Warren, NJ 07059,
    Charleston, Illinois,       United States
    61920 United States

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment 4th 6th 8th 9th 13th 14th

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* Demetric Lemont Hooper, is a citizen of the State of *(name)* Oklahoma.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: The defendants violated every one of my constitutional and civil rights and illegally filmed and recorded their crimes, broadcasted them for profit, and obstructed justice to keep it quiet.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

II. Jurisdiction v. Defendants

The Defendant

1. Oklahoma City Police Department, is incorporated under the laws of the State of Oklahoma, and has it's principal and place of business in the State of Oklahoma

2. Tiana Robinson Hogue is a citizen of the state of Florida

3. BioLife Plasma Services, is incorporated under the laws of the State of Oklahoma, and has it's principal and place of business in the State of Oklahoma

4. Walmart, is incorporated under the laws of the state of Oklahoma, and has it's principal and place of of business in the State of Oklahoma

5. Embark, is incorporated under the laws of the State of Oklahoma, and has it's principal and place of business in the State of Oklahoma

6. YouTube, is incorporated under the laws of the State of California, and has it's principal and place of business in the State of California

7. Meta Platforms, is incorporated under the laws of the State of California, and has it's principal and place of business in the State of California

8. McDonald's, is incorporated under the laws of the State of Oklahoma, and has it's principal and place of business in the State of Oklahoma

9. State of Oklahoma District Attorney's Office, is incorporated under the laws of the State of Oklahoma, and has it's principal and place of busines in the state of Oklahoma

10. Office of the Attorney General, is incorporated under the laws of the State of Oklahoma, and has it's principal and place of business in the State of Oklahoma

11. The Oklahoma City FBI office, is incorporated under the laws of the United States Government, and has it's principal and place of business in the state of Oklahoma

12. Facebook, is incorporated under the Laws state of California, and has it's principal place of business in the state of California

13. Google, is incorporated under the laws of the State of California, and has it's principal place of business in the State of California

14. Hulu, is incorporated under the laws of the State of California, and has it's principal place of business in the state of California

15. Netflix is incorporated under the laws of the State of California and has it's principal place of business in the State of California

16. XVideos is incorporated under the laws of the state of Illinois and has it's principal place of business in the state of Illinois

17. T-Mobile, is incorporated under the laws of the state of Washington and has it's principal place of business in the state of Washington

18. Assurance Wireless, is incorporated under the laws of the State of Illinois and has it's principal place of business in the state of Illinois

B. Also true for the State of New Jersey

III. Statement of Claim                                        page 1

All of this began in Oklahoma around 7/23/23 and hasn't stopped.

1. The Oklahoma city police conspired with the other defendants to violate my rights before I came to Oklahoma city. They rerouted my all calls, they gave me false case numbers and false reference numbers, they did not respond to my calls until I went to the police station itself, they did not file my reports, they made video and audio which the producers used on their show, they have followed and stalked me and used listening, videoing, and monitoring devices in order to secretly and illegally obtain footage for illegal streaming and profit.

2. BioLife Plasma services did the same illegal surveillance and eavesdropping as is named above and for the same reasons. I was filmed inside their centers and it was broadcasted. I was also given illegal injections and diseases in order to experiment with my plasma and more. I was assaulted with a needle in the crook of each of my arms which have had some serious adverse affects including a severe infection

3. Walmart did the same things as the Oklahoma Police listed above

4. Embark buses did the same things as the Oklahoma City police listed above and they avoided picking me up by taking alternate routes and not coming at all. They also release infections and other things through the vents and other riders on the bus and they put me in extreme temperature situations

5. YouTube has done the same things as the Oklahoma City police as listed above. They also prevented me from finding the show that they were streaming, prevented reports, and knowingly broadcast information about me that was slanderous and they were aware before broadcasting it

6. Meta Platforms has done the same things as ~~facebook~~ YouTube listed above.

7. Tiana Robinson Hogue has done all of the things listed above and is the boss of the ongoing criminal enterprise. She makes all the decisions and makes all of the illegal payments.

8. McDonald's has done all of the things that the Oklahoma City police have done including poisoning my food and drink

9. The State of Oklahoma County DA's office has done all of the things that the Oklahoma city police have done including ignoring a police corruption complaint and not investigating or even filing my complaint.

10. The Office of the Attorney General has done all of the things the the District Attorney's office has done as listed above

11. The Oklahoma City FBI office has done all of the things that are listed above.

12. Facebook has done all of the things as YouTube and Meta platforms as listed above

13. Google has done all of the things as listed above

14. Hulu has streamed the illegal show and paid it's producers for the streaming and have blocked my access to it same as YouTube

15. Netflix and IMBD have done and are doing what Youtube and Hulu are doing as listed above

16. XVideos has done and is doing all that Youtube and Hulu are doing as listed above. They are also streaming explicit content which is not true because it has been edited and falsley put together

17. T-Mobile has done and is doing all listed above

18. Assurance Wireless has done and is doing all listed above

# IV. Relief

I am asking for 100 million dollars per defendant and I am asking that each and every defendant and participant in these crimes be prosecuted to the fullest extent of the Law. Everything that they have been doing since I entered the state of Oklahoma is still going on at this moment. The police are still participating in all of the violations of my rights. They are still stalking and videoing me. They are still streaming it and making money. The devices are not only still within my body but are also still operable. No one has been arrested and today's date is 09-22-23. I am asking for that amount per defendant as a minimum. They have stalked me across the country, murdered my family, enslaved me, bribed police and government officials, and they refuse to stop. All of this was done without my knowledge, permission, or consent. Justice for me and the other victims should be swift and harsh.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-24-23

Signature of Plaintiff: *Demetrix Hooper*
Printed Name of Plaintiff: Demetrix Hooper

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____