UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEMETRIC LEMOND HOOPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-848-G |
| TIANA LORISSA ROBINSON-HOGUE et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order issued this same date, this matter is DISMISSED without prejudice.

ENTERED this 29th day of February, 2024.

_____
CHARLES B. GOODWIN
United States District Judge